IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ERIKA JACOBS,

          Plaintiff,

    vs.

TWIN CITIES DEVELOPMENT
ASSOCIATION, INC., and KATY A.
REICHERT, Defendants Attorney;

          Defendants.

**8:25CV549**


**ORDER**

IT IS ORDERED:

1. The Clerk of the Court is directed to update the plaintiff's address to the address found in filing 9.

2. The Clerk of the Court is directed to send a copy of this order and a copy of filing 11 to the plaintiff at the address found in filing 9.

3. The Court, on its own motion pursuant to Fed. R. App. P. 4(a)(5), extends the deadline for the plaintiff to appeal from the Judgment dated September 22, 2025 (filing 6) and the Memorandum and Order dated January 28, 2026 (filing 11) until March 9, 2026.

Dated this 5th day of February, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge